UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

PAUL NEUMAN,

                    **Plaintiff,**

                **v.**                            Civil No. 6:12-cv-00625-AA

JAMARO, INC., doing business as RICK
ROBINSON TRUCKING,

                    **Defendant.**
_____

# JUDGMENT

This action is dismissed without prejudice or costs to any party.

Dated: May 29, 2012.

                  MARY L. MORAN, Clerk

                  by /s/ L. Graham
                     L. Graham, Deputy Clerk